FILED
2024 AUG 19 AM 8:32
CLERK
U.S. DISTRICT COURT

TRINA A. HIGGINS, United States Attorney (#7349)
VICTORIA K. McFARLAND, Assistant United States Attorney (#11411)
CLARK A. HARMS, Special Assistant United States Attorney (#5713)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENTRELL DESEAN GAULDEN,<br>(akas "YoungBoy Never Broke Again," "NBA YoungBoy," and "YB"),<br><br>Defendant. | **FELONY INFORMATION**<br><br>VIOLATION:<br>Count I: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm.<br><br>Case No. 1:24-cr-00038-HCN |

The United States Attorney charges:

### COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about April 16, 2024, in the District of Utah,

KENTRELL DESEAN GAULDEN,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Sig Sauer P365 9mm semi-automatic pistol, and the firearm was in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1) and punishable pursuant to 18 U.S.C. § 924(a)(8).

TRINA A. HIGGINS
United States Attorney

*/s/ Victoria K. McFarland*

VICTORIA K. McFARLAND
Assistant United States Attorney

CLARK A. HARMS
Special Assistant United States Attorney